FILED
2014 Nov-10  AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLASSIE NORMAN**, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action Number |
| | ) **2:14-cv-01318-AKK** |
| **COMPLETE PAYMENT RECOVERY SERVICES, INC.**, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the parties' joint stipulation of dismissal, doc. 11, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees, costs, and expenses.

**DONE** this 10th day of November, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE